LIONEL Z. GLANCY (#134180)
MICHAEL GOLDBERG (#188669)
GLANCY BINKOW & GOLDBERG LLP
1801 Avenue of the Stars, Suite 311
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

SUSAN G. KUPFER (#141724)
GLANCY BINKOW & GOLDBERG LLP
455 Market Street, Suite 1810
San Francisco, California 94105
Telephone: (415) 972-8160
Facsimile: (415) 972-8166

Attorneys for Plaintiff Paul T. Regan

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| PAUL T. REGAN, on Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ABBOTT LABORATORIES, FOURNIER INDUSTRIE ET SANTÉ, and LABORATORIES FOURNIER S.A.,<br><br>Defendants. | No. CV 05-5410 GAF (AJWx)<br><br>**REQUEST FOR DISMISSAL OF ACTION WITHOUT PREJUDICE; DECLARATION OF MICHAEL GOLDBERG IN SUPPORT THEREOF; [PROPOSED] ORDER DISMISSING ACTION WITHOUT PREJUDICE** |

REQUEST TO DISMISS WITHOUT PREJUDICE

Request for Dismissal 03 13 07.wpd

Page 1

Plaintiff Paul T. Regan hereby requests that this action be dismissed without prejudice. Plaintiff seeks dismissal of this action based on the fact that multiple actions which are similar and related to this action are now pending in the United States District Court for the District of Delaware, which appears to be the proper court of jurisdiction. Plaintiff requests that this case be dismissed to allow the Delaware cases to proceed without the need for procedural transfer.

With respect to the fact that this case was brought forward as a putative class action, Plaintiff asserts that notice to putative class members of the dismissal is not required because the pending Delaware actions assert the very same claims on behalf of the same putative class.

This request for dismissal is based upon the Declaration of Michael Goldberg, attached hereto, and upon the files and records of this Court.

A copy of this Request for Dismissal has been served on all parties on the attached service list.

Dated: March 13, 2007

GLANCY BINKOW & GOLDBERG LLP

By: _____
Lionel Z. Glancy
Michael Goldberg

1801 Avenue of the Stars, Suite 311
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

GLANCY BINKOW & GOLDBERG LLP
Susan G. Kupfer
455 Market Street, Suite 1810
San Francisco, California 94105
Telephone: (415) 972-8160
Facsimile: (415) 972-8166

Attorneys for Plaintiff Paul T. Regan

## DECLARATION OF MICHAEL GOLDBERG IN SUPPORT OF REQUEST FOR DISMISSAL

I, Michael Goldberg, declare that I am an attorney for Plaintiff Paul T. Regan, that the following facts are true and correct, and if called as a witness I could and would testify truthfully to the following facts as incorporated herein.

1. On or about July 26, 2005, Plaintiff Paul T. Regan filed this action in the United States District Court for the Central District of California, on behalf of a nationwide class seeking relief with respect to causes of action as alleged in the Complaint. Plaintiff now seeks to dismiss this action without prejudice. Plaintiff seeks this order pursuant to and as a result of the fact that similar cases related to this case are now pending in the District of Delaware, which appears to be the proper court of jurisdiction. Plaintiff asserts that notice to putative class members of the dismissal is not required because the pending Delaware actions assert the very same claims on behalf of the same putative class.

2. On the grounds of hereinabove set forth, Plaintiff Paul T. Regan therefore requests that the Court dismiss this case without prejudice.

3. No consideration of any kind, direct or indirect, has been given or will be given to any named party or his attorney in respect to this action, or the dismissal thereof.

I declare under penalty of perjury under the laws of the State of California, that the foregoing declaration is true and correct.

Executed this 13th day of March, 2007 at Los Angeles, California.

_____
Michael Goldberg

## [PROPOSED] ORDER

Having read the papers submitted to this Court with respect to Plaintiff's Request for Dismissal, and,

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that the captioned matter is dismissed without prejudice. Notice of the dismissal of the captioned case to putative class members shall not be required.

Dated: 3/14/07

Hon. Gary A. Feess
United States District Judge

# PROOF OF SERVICE BY MAIL

I, the undersigned, say:

I am a citizen of the United States and am employed in the office of a member of the Bar of this Court. I am over the age of 18 and not a party to the within action. My business address is 1801 Avenue of the Stars, Suite 311, Los Angeles, California 90067.

On March 13, 2007, I served the following:

1  **REQUEST FOR DISMISSAL OF ACTION WITHOUT PREJUDICE; DECLARATION OF MICHAEL GOLDBERG IN SUPPORT THEREOF; [PROPOSED] ORDER DISMISSING ACTION WITHOUT PREJUDICE**

on the parties shown below by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States mail at Los Angeles, California.

## SEE SERVICE LIST

Executed on March 13, 2007, at Los Angeles, California.

I certify under penalty of perjury that the foregoing is true and correct.

Daniel C. Rann

PROOF OF SERVICE - TRICOR LITIGATION

proof Daniel C. Rann ln.wpd

# SERVICE LIST

# IN RE TRICOR LITIGATION

**For Plaintiffs**

GLANCY BINKOW & GOLDBERG LLP
Susan Kupfer
455 Market Street, Suite 1810
San Francisco, California 94105
Telephone:  (415) 972-8160
Facsimile:   (415) 972-8166

ROSS, DIXON & BELL, LLP
Jason S. Hartley
550 West B Street, Suite 400
San Diego, CA 92101-3599
Telephone:  (619) 235-4040
Facsimile:   (619) 231-8796

**For Defendants**

Matthew P. Hendrickson
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281
Telephone:  (212) 504-5792

Steven C. Sunshine
Cadwalader, Wickersham & Taft LLP
1201 F Street, N.W.
Washington, DC 20004
Telephone:  (202) 862-2329

Frederick L. Cottrell, III
Anne Shea Gaza
Richards, Layton & Finger
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone:  (302) 651-7700
Facsimile:   (302) 651-7701

*Counsel for Fournier Industrie et Santé
and Laboratories Fournier S.A.*

William F. Cavanaugh, Jr.
Chad J. Peterman
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, New York 10036
Telephone:  (212) 336-2000
Facsimile:   (212) 336-2222

Mary B. Graham
Morris, Nichols, Arsht & Tunnell
Chase Manhattan Centre, 18th Floor
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone:  (302) 658-9200
Facsimile:   (302) 658-3989

*Counsel for Abbott Laboratories*

SERVICE LIST